# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DEBORAH SILVER,

        Petitioner

        v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

        Respondent

: No. 207 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.